UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JAMES MAROLD, ET AL.,  Civil 05-327 (JRT/FLN)

    Plaintiff,

v.  O R D E R

PRECISION MACHINE CONTROL, INC.,

    Defendant.

_____

Pamela Hodges Nissen, MCGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHTD, 800 Nicollet Mall, Suite 2600, Minneapolis, Minnesota 55402-7035, for plaintiffs.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 17, 2005, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this action is dismissed for lack of prosecution.

DATED: September 27, 2005　　　　　    s/John R. Tunheim
at Minneapolis, Minnesota　　　　　   JOHN R. TUNHEIM
                                                United States District Judge